# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-20174
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 15, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Julio Cesar Corona-Corona,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CR-489-1

———————————————————————

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Julio Cesar Corona-Corona has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Corona-Corona has filed a response. We have reviewed counsel's brief and the relevant portions of the record

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20174

reflected therein, as well as Corona-Corona's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.